IC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Diane Field
Plaintiff

v.

Roosevelt University and
Roosevelt Adjunct Faculty Union
Defendant

Case Number: 1:24-cv-04383

Judge: Robert W. Gettleman

Magistrate Judge: M. David Weisman

**FILED MAY 29 2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Letter to Judge

Dear Judge,

I am vision impaired. I cannot maneuver that docket/online system where legal papers are corresponded. Would you please have your clerk call me at 630 863 6221 to come in and talk to you? Otherwise I am concerned I will miss your attempts to communicate with me.

Sincerely
the Plaintiff
Ms Field

P.S. I have a black lab service dog. Judge Weisman met her. She's pregnant so she's gonna go on maternity leave around June 14th. We may have to zoom