UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Diane Field,<br><br>      Plaintiff,<br><br>  v.<br><br>Roosevelt University, et al.<br><br>      Defendant. | Case No. 24CV04383<br><br>Hon. Edmond E. Chang |

## **MOTION FOR RELIEF FROM ASSIGNMENT AS COUNSEL**

 Pursuant to Local Rule 83.38 of the United States District Court for the Northern District of Illinois, attorney Joseph Haynes respectfully moves this Court to grant leave to withdraw as counsel for Petitioner in the above-captioned matter. In support of this motion, Joseph Haynes states as follows:

1. Joseph Haynes is a member of the bar and licensed to practice law in the State of Illinois, as well as admitted to the United States District Court for the Northern District of Illinois' General and Trial Bars.

2. In June 2024, Joseph Haynes is scheduled to undergo surgery on August 19, 2024, necessitating extensive rest, rehabilitation, and physical therapy for an indeterminate period.

3. Due to his medical condition, Joseph Haynes is seeking to indefinitely withdraw his active status from the Illinois and federal bar memberships, with uncertainty about his future return to active practice.

4. On July 1, 2024, Joseph Haynes was appointed by this honorable court to represent Petitioner in the present case.

5. Given his medical circumstances and pending status change in his law license, Joseph Haynes respectfully requests this Court to relieve him from representing Petitioner in the above-captioned case.

6. Local Rule 83.38 of the United States District Court for the Northern District of Illinois provides that "assigned counsel may move for relief from an order of assignment only on grounds the assigning judge finds adequate or for good cause."

7. Pursuant to Local Rule 83.38(a)(2), a conflict of interest that prevents counsel from assuming the responsibilities of representation constitutes adequate grounds for relief from assignment.

8. Joseph Haynes contends that his forthcoming medical procedures and his intention to transition to inactive status in the bar constitute both a conflict of interest and good cause for relief from his assignment to represent Petitioner.

WHEREFORE, attorney Joseph Haynes respectfully requests that this Court grant him relief from assignment as counsel for Petitioner in this action.

Dated: June 03, 2024.

                                                                             Respectfully submitted,

                                                                             JOSEPH HAYNES

                                                                             By:   /s/  Joseph Haynes
                                                                                        Joseph Haynes
                                                                                        Emerald Legal Service, LLC.
                                                                                        332 S. Michigan Ave. Ste 121 #5301
                                                                                        Chicago, IL 60604
                                                                                        emeraldlegalservice@gmail.com