IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-04383 |
| | ) | |
| ROOSEVELT UNIVERSITY and | ) | Judge Edmond E. Chang |
| ROOSEVELT ADJUNCT FACULTY | ) | |
| ORGANIZATION, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT
AND TO EXTEND THE TIME FOR SERVICE**

Plaintiff Diane Field, by her attorney filing Law Office of Lori D. Ecker, hereby moves this Court for entry of an order extending the deadline for filing an Amended Complaint to September 23, 2024 and to extend the time for service to September 30, 2024. In support of this Motion, Plaintiff provides the following status report:

1. On May 29, 2024, Plaintiff filed her Complaint in this matter *pro se* and at the same time filed an application to proceed *in forma pauperis* and a motion for attorney representation.

2. On July 1, 2024, this Court granted Plaintiff's motions and ordered that any amended complaint be filed by August 5, 2024. The attorney originally recruited to represent Plaintiff moved to withdraw, which was granted.

3. On July 3, 2024, this Court entered an order recruiting Lori D. Ecker of the Law Office of Lori D. Ecker to represent Plaintiff.

4. Since being recruited, Plaintiff's counsel has had several communications with Plaintiff and has focused her attention on engaging with the U.S. Equal Employment Opportunity Commission ("EEOC") and the Illinois Department of Human Rights ("IDHR") to meet the procedural prerequisites to

bringing claims asserted in this matter.

5. At the insistence of the EEOC, Plaintiff filed two separate charges of discrimination, one naming Roosevelt University and one naming Roosevelt Adjunct Faculty Organization. Plaintiff requested a right to sue from the EEOC on the Roosevelt University Charge prior to filing the Complaint in this matter. Plaintiff's counsel requested that the EEOC issue a right to sue in the charge naming Roosevelt Adjunct Faculty Organization as a respondent, and the right to sue issued on July 29, 2024. Plaintiff's counsel has notified the IDHR and requested a copy of the EEOC file in that matter.

6. Plaintiff's counsel has requested a copy of the EEOC file in the charge naming Roosevelt University as respondent and has notified the IDHR of the issuance of the EEOC right to sue. Respondent's position statement submitted to the EEOC was signed by an attorney at Cozen O'Connor. Plaintiff's counsel has spoken with the vice-chair of Cozen O'Connor's Labor & Employment Department as well as an associate representing Roosevelt University, who has agreed to complete the waiver of service of summons form on behalf of Defendant. Plaintiff's counsel has sent the forms to Cozen O'Connor, together with a copy of the Complaint.

7. Plaintiff's counsel has communicated with an attorney who previously represented the Roosevelt Adjunct Faculty Organization ("RAFO") in federal litigation, who agreed to contact Defendant and advise whether they will be representing them in the instant matter. Plaintiff's counsel has just recently learned that attorneys with the law firm of Schuchat, Cook & Werner will represent RAFO in the instant lawsuit and will contact them to determine whether RAFO will agree to waive service or to whom the summons should issue.

WHEREFORE, Plaintiff Diane Field, through her recruited counsel, respectfully requests that the deadline for filing an Amended Complaint by Plaintiff be extended to September 23, 2024, and that the time for service be extended to September 30, 2024.

Dated: August 5, 2024                    Respectfully submitted,

                                                           */s/ Lori D. Ecker*
                                                           Plaintiff's attorney

                                                           Law Office of Lori D. Ecker
                                                           161 North Clark Street
                                                           Suite 1700
                                                           Chicago, Illinois 60601
                                                           312/855-1880
                                                           lori@loriecker.com