UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Diane Field
                Plaintiff,

v.                                            Case No.: 1:24−cv−04383
                                                              Honorable Edmond E. Chang

Roosevelt University, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: The Clerk's Office Court Services Department received an email from the Plaintiff today, stating: "I am forced to withdraw case #1:24−cv−04383. This is due to the court's continued refusal to grant my repeated written requests for accommodations of communication by phone and US Postal Service. My vision impairments make the mandated online correspondence and filing inaccessible to me and thus I am unable to obtain proper support to continue my rightful complaint." The Court previously recruited counsel, R. [13], who started diligently to work on the case, see R. [15], [17]. It is not clear why the Plaintiff does not believe that she cannot continue with the case, but at the same time, the Court cannot override a voluntary dismissal. The Court will give the Plaintiff until 09/20/2024 to file any further motion for relief, and the Court directs recruited counsel to contact the Plaintiff to read (or at least offer to read) this order to the Plaintiff. If not further relief is sought on or before 09/20/2024, then the Court will enter a voluntary dismissal without prejudice. To track this one issue only (no appearance is required, the case will not be called), a tracking status hearing is set for 09/27/2024 at 8:30 a.m. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.