# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DIANE FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-04383 |
| | ) | |
| ROOSEVELT UNIVERSITY and | ) | Judge Edmond E. Chang |
| ROOSEVELT ADJUNCT FACULTY | ) | |
| ORGANIZATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR RELIEF FROM ASSIGNMENT AS COUNSEL

Pursuant to Local Rule 83.38(a)(4) of the United States District Court for the Northern District of Illinois, attorney Lori D. Ecker respectfully moves this Court for relief from assignment as counsel for Plaintiff in the above-captioned matter because some personal incompatibility and substantial disagreement on litigation strategy have developed between Plaintiff's counsel and Plaintiff. In support of this motion, appointed counsel states as follows:

1. On May 29, 2024, Plaintiff filed her Complaint in this matter *pro se* and at the same time filed an application to proceed *in forma pauperis* and a motion for attorney representation.

2. On July 1, 2024, this Court granted Plaintiff's motions. The attorney originally recruited to represent Plaintiff moved to withdraw, which was granted.

3. On July 3, 2024, this Court entered an order recruiting Lori D. Ecker of the Law Office of Lori D. Ecker to represent Plaintiff.

4. Since being recruited, Plaintiff's counsel has actively taken action designed to move this case forward. On August 6, 2024, this Court granted Plaintiff's motion to extend the

time in which to file an amended complaint to September 23, 2024.

5. Plaintiff's counsel requested that the U.S. Equal Opportunity Commission ("EEOC") issue a right to sue in the charge naming Roosevelt Adjunct Faculty Organization as a respondent, and the right to sue issued on July 29, 2024. On July 31, 2024, Plaintiff's counsel notified the Illinois Department of Human Rights ("IDHR") of the EEOC notice of right to sue and requested a copy of the EEOC file in that matter. On September 13, 2024, Plaintiff's counsel received a right to sue from the IDHR in the Charge naming the union as respondent.

6. Plaintiff's counsel requested a copy of the EEOC file in the charge naming Roosevelt University as respondent and notified the IDHR of the issuance of the EEOC right to sue. On August 20, 2024, the EEOC made available its file, consisting of 287 pages of documents. The IDHR has not as of yet communicated its position with regard to Plaintiff counsel's request to move forward with Plaintiff's right to file a complaint under the Illinois Human Rights Act against the University.

7. Counsel for the University and counsel for the union have agreed to waive service of summons in this matter.

8. In order to prepare and file an amended complaint in this matter, in addition to taking action to meet administrative requirements, Plaintiff's counsel has requested additional facts and information from Plaintiff.

9. During the course of this appointment, some personal incompatibility and substantial disagreement on litigation strategy have developed between Plaintiff's counsel and Plaintiff.

10. Plaintiff consents to this request for leave to withdraw. Plaintiff's counsel has sent a copy of this motion to Plaintiff and has offered to read it to her over the phone.

11.     As required by local rule, Plaintiff's counsel discloses that she was previously recruited to represent a *pro bono* Plaintiff in the matter of Rochelle Galloway v. General Motors, Case No. 1:92-cv-05987 and was granted leave to withdraw based on counsel's representation that filing an amended complaint was necessary but would interfere with counsel's obligations under Rule 11, Fed.R.Civ.P.

WHEREFORE, Plaintiff's recruited counsel respectfully seeks relief from assignment as counsel for Plaintiff.

Dated: September 16, 2024                Respectfully submitted,

                                         */s/ Lori D. Ecker*
                                         Plaintiff's attorney

                                         Law Office of Lori D. Ecker
                                         161 North Clark Street
                                         Suite 1700
                                         Chicago, Illinois 60601
                                         312/855-1880
                                         lori@loriecker.com