IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE FIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-04383 |
| | ) |
| ROOSEVELT UNIVERSITY and | ) Judge Edmond E. Chang |
| ROOSEVELT ADJUNCT FACULTY | ) |
| ORGANIZATION, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO MAINTAIN THE CASE
AND TO WITHDRAW THE VOLUNTARY DISMISSAL**

Plaintiff, Diane Field, by and through her attorney, Lori D. Ecker, respectfully requests that this Court grant her leave to withdraw her previously requested voluntary dismissal and instead to continue to maintain this case.

Dated: September 19, 2024         Respectfully submitted,

                                  */s/ Lori D. Ecker*
                                  Plaintiff's attorney

                                  Law Office of Lori D. Ecker
                                  161 North Clark Street
                                  Suite 1700
                                  Chicago, Illinois 60601
                                  312/855-1880
                                  lori@loriecker.com