IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| DIANE FIELD, an individual ) | |
| ) | |
| Plaintiff, ) | No. 24 CV 04383 |
| ) | |
| v. ) | |
| ) | |
| ROOSEVELT UNIVERSITY, ) | Judge Edmond E. Chang |
| ) | Magistrate Judge David Weisman |
| Defendant. ) | |

**JOINT STATUS REPORT PURSUANT TO DOCKET ENTRY 32**

Plaintiff Diane Field ("Plaintiff") and Defendant Roosevelt University ("Defendant") (jointly, the "Parties"), by and through their counsel, pursuant to the Court's December 10, 2024 Minute Order (Dkt. 32), hereby file this joint status report regarding the Parties' settlement negotiations and state, as follows:

1. This action arises from allegations of discrimination under the Americans with Disability Act ("ADA") 42 U.S.C. sec. 12101 et. seq. Plaintiff alleges that Defendant failed to provide reasonable accommodation, subjected the Plaintiff to discriminatory treatment, maintained inaccessible facilities, and engaged in retaliation. The Defendant denies these allegations and asserts that it complied with all applicable legal requirements.

2. The Parties came before this Court on December 10, 2024 for a video status hearing following the appointment of counsel for Plaintiff. Plaintiff indicated her intent to file an Amended Complaint, which was unopposed by Defendant.

3. The Court encouraged the parties to explore the possibility of settlement. Accordingly, the Court set a January 13, 2025 deadline for Plaintiff to file her Amended Complaint. Defendant's deadline to answer or otherwise plead was set for February 18, 2025.

4. The Court also set a non-appearance tracking status for February 7, 2025 and asked the Parties to file a joint status report by January 31, 2025.[1]

5. The Parties have been engaged in fruitful settlement discussions and are hopeful that they will reach an amicable resolution in the next few weeks without the need for a settlement conference or further litigation.

6. Whereas, the Parties would benefit from a brief extension of time to continue these settlement discussions.

7. Whereas, the Parties request that the Court extend Defendant's deadline to file an answer or other responsive pleading by 28 days, until March 18, 2025. The Parties agree this brief extension would not prejudice either party and would facilitate further good faith discussions regarding the resolution of this matter.

January 31, 2025                                        *Respectfully Submitted*

*/s/ James T. Farnan*                                   */s/ Austin Dieter*
James T. Farnan                                         Austin Dieter
Ridge Law Group                                         Julie Trester
230 W. Monroe Street                                    Cozen O'Conner
Suite 2330                                              123 N. Wacker, Suite 1800
Chicago, IL 60606                                       Chicago, IL 60606
Attorney for Plaintiff                                  Attorneys for Defendants

---

[1] The Parties do not understand the Court's Minute Order as a requiring the Parties to file a Rule 26(f) report; however, if the Court would like the Parties to file such a report, they are in a position to do so with reasonable notice.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing instrument was properly forwarded to all counsel of record via:

_____ United States Mail, postage prepaid and sealed:

_____ United States Certified Mail, postage prepaid and return receipt requested;

_____ Hand Delivery;

_____ UPS/Next Day Air;

_____ Facsimile Transmission;

__X__ Electronic Filing (Northern District of Illinois); and/or

_____ Email (pdf)

on January 31, 2025.

/s/James T. Farnan

Ridge Law Group
230 W. Monroe Street
Suite 2330
Chicago, IL 60606
Tel: (312) 382-8282
Fax: (312 372-8560
Email: jfarnan@ridge.law