**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Diane Field
                  Plaintiff,

v.                                         Case No.: 1:24−cv−04383
                                                    Honorable Edmond E. Chang

Roosevelt University, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2025:

      MINUTE entry before the Honorable M. David Weisman: In person continued settlement conference held. Counsel for parties appeared. Plaintiff did not appear. The parties indicated that they have reached an agreement that would allow for plaintiff to teach the one class (remotely), which she eventually sought as her accommodation (after defendant offered other accommodations that were also seemingly consistent with plaintiff's requested accommodations). Parties to memorialize agreement via written settlement agreement. The Court thanks counsel and the parties for their willingness to resolve this matter, with particular thanks to Mr. James Farnan, who is serving as recruited counsel. Status hearing set for 8/26/25 at 9:30 a.m. to monitor the progress of the settlement process. Joint Status Report due by 8/25/25 at noon summarizing the status of the settlement process. If the settlement process is appropriately proceeding, the status hearing may be stricken. If a stipulation of dismissal is filed prior to that date, the status hearing may be stricken, and no appearance will be necessary. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.