# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Diane Field

                    Plaintiff,

v.                                          Case No.: 1:24−cv−04383
                                                    Honorable Edmond E. Chang

Roosevelt University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2025:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties report that they have not been able to reach resolution. The parties seek to proceed with discovery. After communicating with the district court, this Court will be referred discovery management. Therefore, the parties are to file a Joint Status Report with a proposed discovery schedule by noon on 10/31/25. Further, defendant's answer to the First Amended Complaint is due by 10/17/25. Status hearing set for 11/5/25 at 9:15 a.m. to discuss discovery management if necessary. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.